UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela S. Fanelli a/k/a Angela Fanelli a/k/a Angela Sandra Fanelli<br>Debtor<br><br>Andrew Fanelli a/k/a Andrew T. Fanelli a/k/a Dr. Andrew T. Fanelli<br>Co-Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust<br>v.<br>Angela S. Fanelli a/k/a Angela Fanelli a/k/a Angela Sandra Fanelli<br>Andrew Fanelli a/k/a Andrew T. Fanelli a/k/a Dr. Andrew T. Fanelli<br>Kenneth E. West<br>Respondents | CASE NO.: 24-11226-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this  25th  day of  July , 2024, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust's ***In-Rem*** Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

_____
Ashely M. Chan,
Chief Bankruptcy Judge